UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA PENA,

                            Plaintiff,                      <u>Discovery Order</u>
                                                           CV-02-3147 (NG) (JMA)

   -against-

CITY OF NEW YORK, et al.,

                            Defendants.
----------------------------------------------------------------X
HERRERA, et al.,

                            Plaintiffs,                   <u>Discovery Order</u>
                                                            CV-02-3163 (NG) (JMA)

   -against-

CITY OF NEW YORK, et al.,

                            Defendants.
----------------------------------------------------------------X

A P P E A R A N C E S:

Derek Sells
The Cochran Firm
233 Broadway, 5th Floor
New York, New York 10279
*Attorney for Plaintiff Pena*

Alan M. Shapey
Lipsig, Shapey, Manus & Moverman P.C.
40 Fulton Street, 25th Floor
New York, New York 10038
*Attorney for Plaintiffs Herrera et al.*

Alan H. Scheiner
Brian K. Morgan
The City of New York Law Department
Office of Corporation Counsel
100 Church Street
New York, New York 10007
*Attorneys for Defendants City of New York,
Thomas Deprisco, Roy Richter, Ricky Karpen,
Brian White, Michael Zarilli, David Gaskin*

*Vincent Fiorenza & Peter Moy*

Howard Hogan
Mary Jo White
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Defendant PBA*

George L. Repetti
John Aloysius Beyrer
Mulholland, Minion and Roe
374 Hillside Avenue
Williston Park, New York 11596
*Attorneys for Defendant Joseph Grey*

Bruno Vincent Gioffre, Jr.
Andrew C. Quinn
Quinn Ferrante & Mellea, LLP
399 KnollWood Road, Suite 220
White Plains, New York 10603
*Attorneys for Defendants Keith Singer*
*& Dennis Healy*

Gregory M. Longworth
John W. Burns
Worth, Longworth & London
111 John Street, Suite 640
New York, New York 11038
*Attorneys for Defendants Jack Conway,*
*Michael Immett, Michael Gaudio,*
*Anthony Prinzano, Edward Sills,*
*Marie Desario, Paul Alba, John Chavez,*
*John Gallo, Michael McGill, Patrick Lynch,*
*Martin Finkelstein & John Welsh*

Howard Finkelstein
Law Offices of Howard Finkelstein
364 North Avenue
New Rochelle, New York 10801
*Attorney for Defendant Wild Wild West Inc.*

AZRACK, United States Magistrate Judge:

As requested in Alan H. Scheiner's sealed letter to the Court, dated April 7, 2006, City defendants may submit a letter brief opposing the production of the submitted sealed materials to the plaintiffs. The individual defendants may do the same. All submissions should be filed under seal with the Court no later than April 24, 2006.

SO ORDERED.

Dated: Brooklyn, New York
April 17, 2006

\_\_\_/s/_____
JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE