UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA PENA,

                                 Plaintiff,                    <u>Discovery Order</u>
                                                                   CV-02-3147 (NG) (JMA)

    -against-

CITY OF NEW YORK, et al.,

                                 Defendants.
-----------------------------------------------------------------X
HERRERA, et al.,

                                   Plaintiffs,                   <u>Discovery Order</u>
                                                                    CV-02-3163 (NG) (JMA)

    -against-

CITY OF NEW YORK, et al.,

                                 Defendants.
-----------------------------------------------------------------X

A P P E A R A N C E S:

Derek Sells
The Cochran Firm
233 Broadway, 5th Floor
New York, New York 10279
*Attorney for Plaintiff Pena*

Alan M. Shapey
Lipsig, Shapey, Manus & Moverman P.C.
40 Fulton Street, 25th Floor
New York, New York 10038
*Attorney for Plaintiffs Herrera et al.*

Alan H. Scheiner
Brian K. Morgan
The City of New York Law Department
Office of Corporation Counsel
100 Church Street
New York, New York 10007
*Attorneys for Defendants City of New York,*
*Thomas Deprisco, Roy Richter, Ricky Karpen,*
*Brian White, Michael Zarilli, David Gaskin*

*Vincent Fiorenza & Peter Moy*

Howard Hogan
Mary Jo White
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Defendant PBA*

George L. Repetti
John Aloysius Beyrer
Mulholland, Minion and Roe
374 Hillside Avenue
Williston Park, New York 11596
*Attorneys for Defendant Joseph Grey*

Bruno Vincent Gioffre, Jr.
Andrew C. Quinn
Quinn Ferrante & Mellea, LLP
399 KnollWood Road, Suite 220
White Plains, New York 10603
*Attorneys for Defendants Keith Singer*
*& Dennis Healy*

Gregory M. Longworth
John W. Burns
Worth, Longworth & London
111 John Street, Suite 640
New York, New York 11038
*Attorneys for Defendants Jack Conway,*
*Michael Immett, Michael Gaudio,*
*Anthony Prinzano, Edward Sills,*
*Marie Desario, Paul Alba, John Chavez,*
*John Gallo, Michael McGill, Patrick Lynch,*
*Martin Finkelstein & John Welsh*

Howard Finkelstein
Law Offices of Howard Finkelstein
364 North Avenue
New Rochelle, New York 10801
*Attorney for Defendant Wild Wild West Inc.*

AZRACK, United States Magistrate Judge:

On February 24, 2006, as the result of an *in camera* review of the Internal Affairs Bureau and the Civilian Complaint Review Board printouts, I ordered defendant City of New York to produce all corresponding files and documents associated with six incidents to defense counsel for defendants Finkelstein, Immitt, and Gallo and to submit them to this Court for a further *in camera* review. None of the other incidents listed on the printouts nor the files associated with them were ordered for production. The six files submitted to the Court for *in camera* review included both documents and audiotapes. After a complete and thorough review of all the records and tapes, I do not deem any of the information contained therein to be relevant to the present suit. Therefore, I grant the City's request to withhold both the IAB and CCRB printouts from production, as well as all documents and records corresponding with the incidents on the IAB and CCRB printouts.

    SO ORDERED.

Dated: Brooklyn, New York
       April 26, 2006

                                              ____/s/_____
                                              JOAN M. AZRACK
                                              UNITED STATES MAGISTRATE JUDGE