# MINUTE ENTRY

JOAN M. AZRACK, USMJ              DATE: 6/8/10

DOCKET: 2 CASES *(enter on each docket)*
Docket No. CV-02-3147 (NG), PENA v. NYC et al.
Docket No. CV-02-3163 (NG), HERRERA v. NYC et al.

Docket & File

---

❏ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

---

❏ TELEPHONE        ☒ IN-PERSON

**CIVIL CAUSE FOR:**

❏ INITIAL CONF.   ❏ STATUS CONF.   ☒ SETTLEMENT CONF.   ❏ DISCOVERY CONF.

❏ OTHER: _____

Time in court:  ❏ 15   ❏ 30   ❏ 45   ❏ 60   ❏ Other: ____

FOR PLAINTIFF:  Darren Wusenberg

FOR DEFENDANT:  John Curley
Erich Grost
Mark Goodman

❏ *Docket Clerks are directed to enter the following Discovery Order(s):*

Tulp Conf 6/23/10
3:00

❏ *Docket Clerks are directed to enter the following Scheduling Order(s):*
❏ Next conference on 6/23/10 3:00   ❏ Telephone   ❏ In-Person
❏ Pre-Trial Order by _____