DEBEVOISE & PLIMPTON LLP

September 9, 2010

BY ECF AND FIRST CLASS MAIL

The Honorable Nina Gershon
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Pena, et al. v. City of New York, et al., 02 Civ. 3147 (NG) (JMA)
      Herrera, et al. v. City of New York, et al., 02 Civ. 3163 (NG) (JMA)

Dear Judge Gershon:

  Please be advised that, as of September 10, 2010, I will no longer be employed by the firm of Debevoise & Plimpton LLP, the attorneys for defendants Patrolmen's Benevolent Association of the City of New York, Inc., Michael Immitt and Louis Gallo (collectively, the "PBA Defendants") in the above-referenced cases.

  I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. I would be grateful if you would signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.

  Thank you for your consideration.

            Respectfully submitted,

            /s/   John P. Curley_____
            John P. Curley

SO ORDERED:

_____
U.S.D.J.

cc:   Darin B. Wizenberg, Esq. (By electronic mail)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai